**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ J.C.

05 APR -1 PM 12:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| MARILYN JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 00-2608 D/P |
| vs. | ) | & |
| | ) | No. 04-2017 D/P |
| CITY OF MEMPHIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| FLORENCE BILLINGSLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-2013 D/An |
| vs. | ) | |
| | ) | |
| CITY OF MEMPHIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING THE CITY OF MEMPHIS' MOTION AND
MEMORANDUM TO EXCEED THE MEMORANDUM PAGE LIMIT
ESTABLISHED BY LOCAL RULE 7.2(e) FOR DEFENDANT'S RESPONSE TO
PLAINTIFF'S THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter is before the Court on the City of Memphis' motion to exceed the

memorandum page limit established by Local Rule 7.2(e) for the City's Response to

Plaintiffs' Third Motion for Partial Summary Judgment. After consideration of this

motion and for good cause shown, the City of Memphis is permitted to exceed the page

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___4-4-05___

324

limitation established by local rule and file its Response, not to exceed forty (40) pages in length.

    IT IS SO ORDERED.

United States District Judge Bernice Donald

March 31, 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 324 in case 2:00-CV-02608 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103


Honorable Bernice Donald
US DISTRICT COURT