IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARILYN JOHNSON, et al.,

    Plaintiffs,

vs.

CITY OF MEMPHIS,

    Defendant.

Case No. 00-2608 DP
&
04-2017 DP

FLORENCE BILLINGSLEY, et al.,

    Plaintiffs,

vs.

CITY OF MEMPHIS,

    Defendant.

Case No. 04-2013 D An

## ORDER OF REFERENCE

Before the court is Defendant's Motion to Strike Rebuttal Report of Plaintiffs' Expert or, Alternatively, Motion to Extend Time to Respond to Rebuttal Report filed on March 9, 2005, in this case.

This matter is hereby referred to the United States Magistrate Judge for a Determination. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-19-05

order. Further, all exceptions shall be stated with particularity.

**IT IS SO ORDERED** this __18__ day of __April__ 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 332 in case 2:00-CV-02608 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

David M. Sullivan  
LAW OFFICES OF DAVID M. SULLIVAN  
3251 Poplar Ave.  
Ste. 130  
Memphis, TN 38111  

Honorable Bernice Donald  
US DISTRICT COURT