IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MARILYN JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 00-2608 D P |
| | ) | and |
| | ) | Case No.: 00-2017 D P |
| v. | ) | |
| | ) | |
| CITY OF MEMPHIS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| FLORENCE BILLINGSLEY, et al., | ) | Case No. 04-2013 D AN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF MEMPHIS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DENYING PROTECTIVE ORDER

Before the Court is Defendant's Motion for Protective Order. The Court conducted a hearing on the motion on April 18, 2005, and heard argument of counsel. Defendant contends that the request for discovery is overly broad, burdensome, and irrelevant. Moreover, Defendant cites that no witness is available who can personally testify to events during much of the referenced time.

Upon review of the motion and consideration of the total litigation, the Court finds that Defendant's motion is not well taken. While the Court has set 1996 as the relevant date for certain purposes, Plaintiffs are entitled to review and discover information which may not be admissible,

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 5-2-05

333

but may help develop their theories.

Accordingly, Defendant's Motion for Protective Order is DENIED.

**IT IS SO ORDERED** this _26th_ day of _May_, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 333 in case 2:00-CV-02608 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT