IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _~~_ D.C.

05 MAY -2 PM 4: 42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. F TN, MEMPHIS

```
                                        )
MARILYN JOHNSON, et al.,                )
                                        )
        Plaintiffs,                     )
                                        )
vs.                                     )    Civ. No. 00-2608-D/P
                                        )              &
CITY OF MEMPHIS,                        )    04-2017-D/P
                                        )
        Defendant.                      )
                                        )
_____        )
                                        )
FLORENCE BILLINGSLEY, et al.,           )
                                        )
        Plaintiff's,                    )
                                        )
vs.                                     )    Civ. No. 04-2013-D/An
                                        )
CITY OF MEMPHIS,                        )
                                        )
        Defendant.                      )
```

---

**ORDER DENYING DEFENDANT'S MOTION TO STRIKE REBUTTAL REPORT OF
PLAINTIFFS' EXPERT AND GRANTING DEFENDANT'S MOTION TO EXTEND TIME
TO RESPOND TO REBUTTAL REPORT**

---

Before the court is Defendant City of Memphis's Motion to
Strike Rebuttal Report of Plaintiffs' Expert Or, Alternatively,
Motion to Extend Time to Respond to Rebuttal Report, filed March 9,
2005 (dkt #314). On March 22, 2005, Plaintiffs filed their
response to the motion. On April 19, 2005, the motion was referred
to the Magistrate Judge for determination.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

335

The sole basis for Defendant's motion to strike is that the supplemental report of Plaintiffs' expert, provided to Defendant on February 7, 2005, is untimely. Defendant contends that the supplemental report should have been disclosed within thirty days after the Defendant made its expert disclosure. Plaintiffs, on the other hand, argue that the supplemental report is timely under Rule 26(a)(2)(C) and (e)(1). The court need not resolve this dispute, because even assuming, arguendo, that the supplemental report is not timely, the court finds good cause under Rule 16(b)(6) to modify the scheduling order to allow the disclosure. Defendant's expert was not deposed until October 2004, and since then, has filed affidavits in October and December 2004. The supplemental report addresses issues raised in Defendant's expert report as well as the subsequently filed affidavits. Therefore, the motion to strike is DENIED.

The court further GRANTS Defendant's motion to extend time to respond to the Plaintiffs' supplemental report. Defendant shall have until May 30, 2005, to supplement its expert report.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/2/05

Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 335 in case 2:00-CV-02608 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT