FILED BY ___ D.C.

05 JUN -6 AM 6: 49

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **MARILYN JOHNSON, et al.,** ) | |
| ) | |
| Plaintiffs, ) | Case Nos: 00-2608 D P |
| ) | 04-2017 D P |
| vs. ) | |
| ) | |
| **CITY OF MEMPHIS,** ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| **FLORENCE BILLINGSLEY, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 04-2013 D A |
| ) | |
| **CITY OF MEMPHIS,** ) | |
| ) | |
| Defendant. ) | |

## ORDER ON TRIAL SCHEDULE

The above captioned matter consolidated for trial purposes, will be tried pursuant to the following schedule:

**DATE**                          **TIME**

Monday, July 11, 2005             9:00 a.m. - 12:30 p.m.
                                  2:00 p.m. - 5:30 p.m.

Tuesday, July 12, 2005            9:00 a.m. - 12:30 p.m.
                                  2:00 p.m. - 5:30 p.m.

Wednesday, July 13, 20025         9:00 a.m. - 12:30 p.m.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

344

| | |
|---|---|
| Wednesday, July 13, 20025 | 9:00 a.m. - 12:30 p.m. |
| | 2:00 p.m. - 5:30 p.m. |
| Thursday, July 14, 2005 | 9:00 a.m. - 1:00 p.m. |
| Monday, July 18, 2005 | 9:00 a.m. - 12:30 p.m. |
| | 2:00 p.m. - 5:30 p.m. |
| Tuesday, July 19, 2005 | 9:00 a.m. - 12:45 p.m. |
| | 2:15 p.m. - 5:30 p.m. |
| Wednesday, July 20, 2005 | 8:45 a.m. - 12:00 noon |

The balance of the trial schedule will be determined at a later date.

**IT IS SO ORDERED** this ___3rd___ day of ___June___, 2005.

_[signature]_
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 344 in case 2:00-CV-02608 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Louis P. Britt  
FORD & HARRISON, LLP- Ridge Lake Blvd.  
795 Ridge Lake Blvd.  
Ste. 300  
Memphis, TN 38120

Honorable Bernice Donald  
US DISTRICT COURT