IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 JUN -3 AM 6: 56

Robert H. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | | |
|---|---|---|
| MARILYN JOHNSON, et al.,<br>    Plaintiffs, | )<br>)<br>) | |
| vs. | )<br>) | No. 00-2608 D/P<br>&<br>No. 04-2017 D/P |
| CITY OF MEMPHIS,<br>    Defendant. | )<br>)<br>) | |
| | | |
| FLORENCE BILLINGSLEY, et al.,<br>    Plaintiffs, | )<br>)<br>) | |
| vs. | )<br>) | No. 04-2013 D/An |
| CITY OF MEMPHIS,<br>    Defendant. | )<br>)<br>) | |

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO EXCEED THE MEMORANDUM PAGE LIMIT ESTABLISHED BY
LOCAL RULE 7.2(e) FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

This matter is before the Court on the City's motion to exceed the memorandum page limit established by Local Rule 7.2(e) for the City's Motion for Summary Judgment. After consideration of this motion and for good cause shown, the City of Memphis is permitted to exceed the page limitation established by the local rule and file its Motion for Summary Judgment, not to exceed thirty-five (35) pages in length.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE BERNICE DONALD

DATE June 2, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 345 in case 2:00-CV-02608 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT