IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 JUN 30 PM 3: 56
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARILYN JOHNSON, and
DURAND MARTIN, et al.

    Plaintiffs,

vs.

CITY OF MEMPHIS,
    Defendant.

No.: 00 2608-D
04-2017-D

\* \* \* \* \* \* \* \* \*

FLORENCE BILLINGSLEY and
AUNDRA SEGREST, et al.,
    Plaintiffs,

vs.

CITY OF MEMPHIS,
    Defendant,

No.: 04-2013-D

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION AND MEMORANDUM FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TWENTY-PAGES

Before the court is plaintiffs' unopposed motion for leave to file a memorandum in excess of twenty-pages in opposition to defendant's motion for partial summary judgment. For good cause shown, plaintiffs' motion is GRANTED.

The clerk shall treat as filed on the date received plaintiffs' memorandum in opposition to defendant's motion for partial summary judgment.

SO ORDERED this _80th_ day of _June_, 2005.

_/s/ Bernice Bouie Donald_
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7/5/05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 358 in case 2:00-CV-02608 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Delaine R. Smith  
FORD & HARRISON, LLP- Ridge Lake Blvd.  
795 Ridge Lake Blvd.  
Ste. 300  
Memphis, TN 38120  

Honorable Bernice Donald  
US DISTRICT COURT