IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 18 AM 6: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

MARILYN JOHNSON, and
DURAND MARTIN, et al.

        Plaintiffs,

vs.                                                 No.: 00 2608-D
                                                    04-2017-D
CITY OF MEMPHIS,
        Defendant.

\* \* \* \* \* \* \* \* \* \*

FLORENCE BILLINGSLEY and
AUNDRA SEGREST, et al.,
        Plaintiffs,

vs.                                                 No.:  04-2013-D

CITY OF MEMPHIS,
        Defendant,

---

ORDER GRANTING DEFENDANT'S MOTION FOR DIRECTED VERDICT
AS TO THE CLAIMS WITHDRAWN BY PLAINTIFFS

---

        The trial of these consolidated cases began on July 11, 2005. At the close of Plaintiffs'

proof, Defendant orally moved for a directed verdict with respect to some of Plaintiffs' claims.

The Court reserved argument and ruling on said motion until the end of trial except for the

following claims which Plaintiffs' counsel announced prior to trial that the Plaintiffs would not

pursue;

        (a)  The non-minority Plaintiffs' claims in *Johnson, et al. v. City of Memphis*, No. 00-

2608 of intentional racial discrimination arising from the 2000 sergeant promotion process

brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, the

Tennessee Human Rights Act, Tenn.CodeAnn. § 4-21-401, *et seq.*, the Equal Protection Clause

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-18-05

381

of the Fourteenth Amendment to the U.S. Constitution, 42 U.S.C. §§ 1981 & 1983, and the Tennessee Constitution Article I, § 8. These plaintiffs' other claims, i.e., violation of the city laws remain.

(b) The claims brought by the non-minority Plaintiffs (Acosta and Cook) in *Johnson, et al v. City of Memphis*, No. 00-2608 of negligence and violation of the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution under a "class of one" theory with respect to the January 10, 2003 sergeant promotions. These plaintiffs' other claims, i.e., violation of the city laws, remain.

(c) The claims brought by the Class B minority Plaintiffs in *Johnson, et al. v. City of Memphis*, No. 00-2608 of negligence and violation of the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution under a "class of one" theory with respect to the January 10, 2003 sergeant promotions. These plaintiffs' other claims, i.e. violation of the city laws and intentional racial discrimination, remain.

(d) The claims brought by the minority plaintiffs in *Johnson, et al. v. City of Memphis*, No. 04-2017 and *Billingsley, et al. v. City of Memphis*, No. 04-2013 of negligence and violation of the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution under a "class of one" theory with respect to the January 10, 2003 sergeant promotions. These plaintiffs' other claims, i.e. violation of the city laws and intentional racial discrimination, remain.

The Court grants defendant's motion for a directed verdict only as to the above described claims. It is therefore ORDERED, DECREED and ADJUDGED that Plaintiffs' claims listed above be and are hereby dismissed with prejudice.

2

SO ORDERED this the _17th_ day of _August_, 2005.

Bernice B. Donald
United States District Judge

Approved for Entry:

DAVID M. SULLIVAN,   #9266
Attorney for Plaintiffs
3251 Poplar Avenue, Suite 130
Memphis, Tennessee 38111
(901) 324-5474

FORD & HARRISON LLP
795 Ridge Lake Blvd., Suite 300
Memphis, Tennessee 38120
(901) 291-1500

By: _____

LOUIS P. BRITT,   (#5613)
KEITH R. THOMAS, (#18928)

Attorneys for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 381 in case 2:00-CV-02608 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT