IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 DEC -6 PM 3: 54
THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| MARILYN JOHNSON, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 00-2608 D/P ✓ |
| vs. | ) | & |
| | ) | No. 04-2017 D/P |
| CITY OF MEMPHIS, | ) | |
| Defendant. | ) | |
| | | |
| FLORENCE BILLINGSLEY, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 04-2013 D/An |
| vs. | ) | |
| | ) | |
| CITY OF MEMPHIS, | ) | |
| Defendant. | ) | |

## ORDER EXTENDING DEADLINE TO FILE
## PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter is before the Court on Defendant's Unopposed Motion to Extend the Deadline for Filing the Proposed Findings of Fact and Conclusions of Law. Plaintiffs do not object to Defendant's motion. After consideration of this motion and for good cause shown, the Court is persuaded that the motion is well-taken and should be granted. It is therefore, ORDERED, DECREED, and ADJUDGED that:

The parties shall have up to and including ~~December 30, 2005~~ January 13, 2006 BMO in which to file their respective Proposed Findings of Fact and Conclusions of Law in the above-referenced matter.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

SO ORDERED this the 6th day of December 2005.

_____
Honorable Bernice B. Donald
United States District Court Judge


**RESPECTFULLY SUBMITTED:**

FORD & HARRISON LLP
795 Ridge Lake Blvd., Suite 300
Memphis, Tennessee 38120
(901) 291-1500

By: _____
Louis P. Britt III
Keith R. Thomas

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 South Main Street, Suite 700
Memphis, TN 38103

Sara Hall, Esq.
CITY ATTORNEY'S OFFICE
125 North Main Street, Room 314
Memphis, Tennessee 38103
(901) 576-6510

Attorneys for City of Memphis


### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading upon David M. Sullivan, Esq., 3251 Poplar Avenue, Suite 130, Memphis, Tennessee 38111, via U.S. Mail, postage prepaid, this 5th day of December 2005.

_____
Keith R. Thomas

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 384 in case 2:00-CV-02608 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Delaine R. Smith
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT